UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Jabari Johnson

    v.                                                  Case No. 24-cv-398-SE

FCI Berlin, Warden

## ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 18, 2025 (doc. no. 8). For the reasons explained therein, the defendant's Motion to Dismiss for Failure to State a Claim (doc. no. 5) is granted.

"[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal." Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quotation omitted); see United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

Plaintiff's action is dismissed in its entirety. The clerk is directed to enter judgment and close this case.

SO ORDERED.

                                                          /s/ Samantha D. Elliott
                                                          Samantha D. Elliott
                                                          United States District Judge

Date: June 30, 2025

cc:   Jabari Johnson, pro se
       Raphael Katz, AUSA